IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JERRY LEE DARNELL**                                                                                  **PLAINTIFF**

**V.**                                **CIVIL ACTION NO.: 1:15CV131-SA-SAA**

**BARRY STANFORD, et al.**                                               **DEFENDANTS**

## JUDGMENT

Upon consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated November 10, 2015, was on that date duly served by mail on the *pro se* plaintiff at his last known address; that the plaintiff acknowledged receipt of Report and Recommendation on November 17, 2015; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated November 10, 2015, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That the Lowndes County Adult Detention Center is **DISMISSED** from this action.

3. That this case **PROCEED** against the remaining defendants.

**SO ORDERED** this the 8th day of January, 2016.

                                                                             /s/ Sharion Aycock
                                                                             **U.S. DISTRICT JUDGE**